# United States District Court

EASTERN DISTRICT OF WISCONSIN

                    **JUDGMENT IN A CIVIL CASE**

**UNITED STATES OF AMERICA,**

       V.                          CASE NUMBER: **06-C-525**
                                                     **(96-Cr-4)**

**ROY EVANS**,

                    Movant.

☐   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒   **Decision by Court.** This action came on for consideration and a decision has been rendered.

IT IS ORDERED AND ADJUDGED **that Roy Evans's petition pursuant to Title 28, United States Code, Section 2255, is DISMISSED for lack of jurisdiction. This case is hereby DISMISSED.**

    **May 2, 2006**                                         **SOFRON B. NEDILSKY**
Date                                                        Clerk

                                                                     s/ Linda M. Zik
                                                                     (By) Deputy Clerk